UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-21773-FAM

GUSTAVO PEREZ,

    Plaintiff,

vs.

FLORIDA BEAUTY FLORA, INC., a Florida for
Profit corporation, RONEN KOUBI, an individual,
and RALPH MILMAN, an individual,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

    COMES NOW Plaintiff GUSTAVO PEREZ ("Plaintiff") and file his Statement of Claim of unpaid overtime wages pursuant to the Court's Order [D.E. 7].

    The relevant time period is **April 28, 2017 to April 28, 2020** ("Relevant Time Period").

    During Plaintiff's time of employment by Defendants, Plaintiff was instructed to <u>not</u> use the time clock used by employees to record the number of hours they worked each work week. Therefore, Plaintiff files his Statement of Claim and estimates[1] the amount(s) of overtime pay due based upon is "salary" and a forty hour work week ("hourly") for overtime of: Five Hours (5), Ten Hours (10), Fifteen Hours (15), Twenty Hours (20), and Twenty-Five Hours (25) for the years (weeks) for the Relevant Time Period.

---

[1] The estimates herein are based upon the information available to Plaintiff at the time of this filing. Plaintiff reserves the right to amend Plaintiff's Statement of Claim as new information becomes available.

1

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

**For Plaintiff GUSTAVO PEREZ**

- **2017**

    **Period Claimed:** April 28, 2017 through December 31, 2017.

    **Weeks:** 35, approximately.

    **Hours Worked:** Plaintiff worked between five and twenty-five overtime hours each week as a non-exempt hourly employee.

    **Applicable Wage:** Plaintiff was paid an alleged "salary" of $110,000 for 2017. His; monthly "salary" $9,166.67, weekly "salary" $2,097.64, hourly wage rate $52.44. Plaintiff's Overtime rate was $78.66.

    **WAGES OWED:**

    **Overtime Wages:**

**Weekly Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2017 | $110,000 | $393.31 | $786.81 | $1,179.92 | $1,573.23 | $1,966.53 |

**Thirty-Five Weeks: Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2017 | $110,000 | $13,765.73 | $27,531.47 | $41,297.20 | $55,062.94 | $68,828.67 |

**Total Overtime Wages Owed 2017: $13,765.73 to $68,828.67**

- **2018**

    **Period Claimed:** January 1, 2018 through December 31, 2018.

    **Weeks:** 52, approximately.

2

**Hours Worked:** Plaintiff worked between five and twenty-five overtime hours each week as a non-exempt hourly employee.

**Applicable Wage:** Plaintiff was paid an alleged "salary" of $121,583.47 for 2018. His; monthly "salary" $10,128.21, weekly "salary" $2,317.67, hourly wage rate $57.94. Plaintiff's Overtime rate was $86.91.

**WAGES OWED:**

**Overtime Wages:**

**Weekly Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2018 | $121,583.47 | $434.56 | $869.13 | $1,303.69 | $1,738.25 | $2,172.81 |

**Fifty-Two Weeks: Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2018 | $121,583.47 | $22,597.26 | $45,194.51 | $67,791.77 | $90,389.02 | $112,986.28 |

**Total Overtime Wages Owed 2017: $22,597.26 to $112,986.28**

- **2019**

    **Period Claimed:** January 1, 2019 through December 31, 2019.

    **Weeks:** 52, approximately.

    **Hours Worked:** Plaintiff worked between five and twenty-five overtime hours each week as a non-exempt hourly employee.

    **Applicable Wage:** Plaintiff was paid an alleged "salary" of $125,175 for 2019. His; monthly "salary" $10,431.25, weekly "salary" $2,387.01, hourly wage rate $59.68. Plaintiff's Overtime rate was $89.51.

**WAGES OWED:**

**Overtime Wages:**

**Weekly Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2019 | $125,175 | $447.57 | $895.13 | $1,342.70 | $1,790.26 | $2,237.83 |

**Fifty-Two Weeks: Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2019 | $125,175 | $23,273.38 | $46,546.77 | $69,820.15 | $93,093.54 | $116,366.92 |

**Total Overtime Wages Owed 2017: $23,273.38 to $116,366.92.**

- **2020**

    **Period Claimed:** January 1, 2020 through February 14, 2020.

    **Weeks:** 6, approximately.

    **Hours Worked:** Plaintiff worked between five and twenty-five overtime hours each week as a non-exempt hourly employee.

    **Applicable Wage:** Plaintiff was paid an alleged "salary" of $125,175 for 2019. His; monthly "salary" $10,431.25, weekly "salary" $2,387.01, hourly wage rate $59.68. Plaintiff's Overtime rate was $89.51.

    **WAGES OWED:**

    **Overtime Wages:**

**Weekly Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2020 | $125,175 | $447.57 | $895.13 | $1,342.70 | $1,573.23 | $1,966.53 |

4

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**Six Weeks: Amount Owed Dependent on X Number of Overtime Hours Worked**

| Year | Salary | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|---|
| 2020 | $125,175 | $2,685.39 | $5,370.78 | $8,056.17 | $10,741.56 | $13,426.95 |

**Total Overtime Wages Owed 2020: $2,685.39 to $13,426.95**

- **Aggregate**

**The aggregate approximate amount/range for the three (3) years prior to the filing of the instant lawsuit and dependent on the number of overtime hours worked, is $62,321.76 to $311,608.82, <u>not including an equal amount in liquidated damages</u>.**

- **Attorney's Fees and Costs:**

Lowell J. Kuvin, Esq. 7.2 hours at $450/hr. or $3,240.00

Costs: $400 filing fee and $150.00 for service of two Summonses; $550.00.

Respectfully submitted May 13, 2020.

By: __s/Lowell J. Kuvin__
Lowell J. Kuvin, Esq.
Florida Bar No. 53072
lowell@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

5

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on **May 13, 2020**, I electronically filed the foregoing document via CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**Service List**

Ainsworth, Clancy, PLLC
801 Brickell Avenue
Miami, PL 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817
Ryan Clancy, Esq.
Email: rvan@business-esq.com
Email: info@business-esq.com
***Attorney for Defendants***

6

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808