## 2017 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

| W-2 Wage and Tax Statement | 2017 |
|---|---|
| Copy C for employee's records. | OMB No. 1545-0008 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002752 MIAM/2XD | SALESP | A | 379 |

c Employer's name, address, and ZIP code
FLORAL LOGISTICS INC
MIAMI INC
3400 NW 74 AVE UNIT 1
MIAMI FL 33122

Batch #01360

e/f Employee's name, address, and ZIP code
GUSTAVO PEREZ
13862 SW 14 STREET
MIAMI FL 33184

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 65-0861190 | |
| 1 Wages, tips, other comp. 110000.02 | 2 Federal Income tax withheld 16814.98 |
| 3 Social security wages 110000.02 | 4 Social security tax withheld 6820.00 |
| 5 Medicare wages and tips 110000.02 | 6 Medicare tax withheld 1595.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code 47f4-4276-8962-4fee | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State FL  Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2017 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 110000.02 | Social Security Tax Withheld Box 4 of W-2 | 6820.00 |
| | | | FL. State Income Tax Box 17 of W-2 |
| | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 16814.98 | Medicare Tax Withheld Box 6 of W-2 | 1595.00 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | FL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 110,000.02 | 110,000.02 | 110,000.02 | |
| Reported W-2 Wages | 110,000.02 | 110,000.02 | 110,000.02 | 110,000.02 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

GUSTAVO PEREZ
13862 SW 14 STREET
MIAMI FL 33184

Social Security Number:
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: No State Income Tax

© 2017 ADP, LLC

--- Federal Filing Copy ---

| 1 Wages, tips, other comp. 110000.02 | 2 Federal income tax withheld 16814.98 |
|---|---|
| 3 Social security wages 110000.02 | 4 Social security tax withheld 6820.00 |
| 5 Medicare wages and tips 110000.02 | 6 Medicare tax withheld 1595.00 |

d Control number 002752 MIAM/2XD SALESP   Corp. A   Employer use only 379

FLORAL LOGISTICS INC
MIAMI INC
3400 NW 74 AVE UNIT 1
MIAMI FL 33122

b Employer's FED ID number 65-0861190

7 Social security tips | 8 Allocated tips
9 Verification Code 47f4-4276-8962-4fee | 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12
14 Other | 12b / 12c / 12d
13 Stat emp. Ret. plan 3rd party sick pay

GUSTAVO PEREZ
13862 SW 14 STREET
MIAMI FL 33184

15 State FL  16 State wages, tips, etc.
17 State Income tax  18 Local wages, tips, etc.
19 Local income tax  20 Locality name

W-2 Wage and Tax Statement 2017 — Copy B to be filed with employee's Federal Tax Return.

--- FL. State Reference Copy ---

(same figures repeated)

W-2 Wage and Tax Statement 2017 — Copy 2 to be filed with employee's State Income Tax Return.

--- FL. State Filing Copy ---

(same figures repeated)

W-2 Wage and Tax Statement 2017 — Copy 2 to be filed with employee's State Income Tax Return.

FBF Am. RFP 0028

**Notice to Employee**

Do you have to file? Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA at www.SSA.gov.

**Cost of employer-sponsored health coverage** (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $7,960.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,674.60 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5 as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is not included in boxes 1, 3, 5 or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 9.** If you are e-filing and if there is a code in this box, enter it when prompted by your software. The only valid characters are the letters A-F and numerals 0-9. This code assists the IRS in validating the W-2 data submitted with your return. The code is not entered on paper-filed returns.

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $18,500 ($12,500 if you only have SIMPLE plans; $21,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $18,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3, and 5 (up to social security wage base) and 5)
**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E**—Elective deferrals under a section 403(b) salary reduction agreement
**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP
**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J**—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable)
**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
**Q**—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
**R**—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
**T**—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base) and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
**Y**—Deferrals under a section 409A nonqualified deferred compensation plan.
**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA**—Designated Roth contributions under a section 401(k) plan.
**BB**—Designated Roth contributions under a section 403(b) plan.
**DD**—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement
**GG**—Income from qualified equity grants under section 83(i)
**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement**  **2018**  **Copy C, for employee's records**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury—Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| 0944-18114830   0000002752-MANAGE | | FLORAL LOGISTICS OF MIAMI INC 3400 NW 74TH AVE STE 1 MIAMI FL 33122 | 1 Wages, tips, other compensation 121538.47 | 2 Federal income tax withheld 16202.45 |
| b Employer's identification number 65-0861190 | a Employee's social security number ███████ | | 3 Social Security wages 121538.47 | 4 Social Security tax withheld 7535.39 |
| 13 Statutory Employee | Retirement plan | Third party sick pay | | |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code GUSTAVO PEREZ 13862 SW 14 STREET MIAMI FL 33184 | 5 Medicare wages and tips 121538.47 | 6 Medicare tax withheld 1762.31 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code 964e-6dda-ee7b-fcad | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

**Form W-2 Wage and Tax Statement**  **2018**  **Copy B, to be filed with employee's FEDERAL tax return**

| d Control number | Void | c Employer's name, address, and ZIP code | Department of the Treasury—Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| 0944-18114830   0000002752-MANAGE | | FLORAL LOGISTICS OF MIAMI INC 3400 NW 74TH AVE STE 1 MIAMI FL 33122 | 1 Wages, tips, other compensation 121538.47 | 2 Federal income tax withheld 16202.45 |
| b Employer's identification number 65-0861190 | a Employee's social security number ███████ | | 3 Social Security wages 121538.47 | 4 Social Security tax withheld 7535.39 |
| 13 Statutory Employee | Retirement plan | Third party sick pay | | |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code GUSTAVO PEREZ 13862 SW 14 STREET MIAMI FL 33184 | 5 Medicare wages and tips 121538.47 | 6 Medicare tax withheld 1762.31 |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code 964e-6dda-ee7b-fcad | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

**Form W-2 Wage and Tax Statement**  **2018**

| d Control number | Void X | c Employer's name, address, and ZIP code | Department of the Treasury—Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| b Employer's identification number | a Employee's social security number | | 3 Social Security wages | 4 Social Security tax withheld |
| 13 Statutory Employee | Retirement plan | Third party sick pay | | |
| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| | | | Verification Code | |
| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

FBF Am. RFP 0029

## Notice to Employee

**Notice to Employee.** Do you have to file? Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

### Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5 as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If your return follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3, and 5 (up to social security wage base) and 5).
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferral under a section 403(b) salary reduction agreement
F—Elective deferral under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base) and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy C, for employee's records

| | |
|---|---|
| d Control number: 0944-18114830 0000002752-INACTI | |
| b Employer's Identification number: 65-0861190 | |
| c Employer's name, address, and ZIP code: FLORAL LOGISTICS OF MIAMI INC, 3400 NW 74TH AVE STE 1, MIAMI FL 33122 | |
| 1 Wages, tips, other compensation: 5000.00 | 2 Federal Income tax withheld: 681.58 |
| 3 Social Security wages: 5000.00 | 4 Social Security tax withheld: 310.00 |
| 5 Medicare wages and tips: 5000.00 | 6 Medicare tax withheld: 72.50 |
| e Employee's name, address, and ZIP code: GUSTAVO PEREZ, 13862 SW 14 STREET, MIAMI FL 33184 | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Form W-2 Wage and Tax Statement — 2019 — Copy B, to be filed with employee's FEDERAL tax return

| | |
|---|---|
| d Control number: 0944-18114830 0000002752-INACTI | |
| b Employer's Identification number: 65-0861190 | |
| c Employer's name, address, and ZIP code: FLORAL LOGISTICS OF MIAMI INC, 3400 NW 74TH AVE STE 1, MIAMI FL 33122 | |
| 1 Wages, tips, other compensation: 5000.00 | 2 Federal Income tax withheld: 681.58 |
| 3 Social Security wages: 5000.00 | 4 Social Security tax withheld: 310.00 |
| 5 Medicare wages and tips: 5000.00 | 6 Medicare tax withheld: 72.50 |
| e Employee's name, address, and ZIP code: GUSTAVO PEREZ, 13862 SW 14 STREET, MIAMI FL 33184 | |

---

### Form W-2 Wage and Tax Statement — 2019

Void: X

(blank form)

FBF Am. RFP 0030

### Notice to Employee

Do you have to file? Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you do not have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit www.irs.gov/EITC. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage** (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with Code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 Instructions and Pub. 505, Tax Withholding and Estimated Tax.

### Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5 as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137, you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note.** If a year follows code D, E, F, H, S, Y, AA, BB or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base) and 5).

D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

E—Elective deferrals under a section 403(b) salary reduction agreement

F—Elective deferrals under a section 408(k)(6) salary reduction SEP

G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base) and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan
Z—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan
BB—Designated Roth contributions under a section 403(b) plan
DD—Cost of employer-sponsored health coverage. **The amount reported with Code DD is not taxable.**
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
FF—Permitted benefits under a qualified small employer health reimbursement arrangement
GG—Income from qualified equity grants under section 83(i)
HH—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

---

**Form W-2 Wage and Tax Statement** — **2019** — **Copy C, for employee's records**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Field | Value |
|---|---|
| d Control number | 0944-18116262   0000002752-FBF SA |
| Void | |
| c Employer's name, address, and ZIP code | FLORIDA BEAUTY FLORA INC<br>3400 NW 74TH AVE STE 1<br>MIAMI FL 33122 |
| Department of the Treasury — Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | 65-0343739 |
| a Employee's social security number | [redacted] |
| 1 Wages, tips, other compensation | 125175.00 |
| 2 Federal income tax withheld | 17078.00 |
| 13 Statutory Employee / Retirement plan / Third party sick pay | |
| 3 Social Security wages | 125175.00 |
| 4 Social Security tax withheld | 7760.85 |
| 12 See Instrs. for Box 12 | |
| 14 Other | |
| e Employee's name, address, and ZIP code | GUSTAVO PEREZ<br>13862 SW 14 STREET<br>MIAMI FL 33184 |
| 5 Medicare wages and tips | 125175.00 |
| 6 Medicare tax withheld | 1815.04 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 15 State | |
| Employer's state I.D. No. | |
| 16 State wages, tips, etc. | |
| 17 State income tax | |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

---

**Form W-2 Wage and Tax Statement** — **2019** — **Copy B, to be filed with employee's FEDERAL tax return**

| Field | Value |
|---|---|
| d Control number | 0944-18116262   0000002752-FBF SA |
| Void | |
| c Employer's name, address, and ZIP code | FLORIDA BEAUTY FLORA INC<br>3400 NW 74TH AVE STE 1<br>MIAMI FL 33122 |
| Department of the Treasury — Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | 65-0343739 |
| a Employee's social security number | [redacted] |
| 1 Wages, tips, other compensation | 125175.00 |
| 2 Federal income tax withheld | 17078.00 |
| 3 Social Security wages | 125175.00 |
| 4 Social Security tax withheld | 7760.85 |
| 5 Medicare wages and tips | 125175.00 |
| 6 Medicare tax withheld | 1815.04 |
| e Employee's name, address, and ZIP code | GUSTAVO PEREZ<br>13862 SW 14 STREET<br>MIAMI FL 33184 |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

---

**Form W-2 Wage and Tax Statement** — **2019**

| Field | Value |
|---|---|
| d Control number | |
| Void | X |
| c Employer's name, address, and ZIP code | |
| Department of the Treasury — Internal Revenue Service | OMB No. 1545-0008 |
| b Employer's identification number | |
| a Employee's social security number | |
| 1 Wages, tips, other compensation | |
| 2 Federal income tax withheld | |
| 3 Social Security wages | |
| 4 Social Security tax withheld | |
| 5 Medicare wages and tips | |
| 6 Medicare tax withheld | |
| 7 Social Security tips | |
| 8 Allocated Tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |

FBF Am. RFP 0031