Friday, October 16, 2020 at 08:12:21 Mountain Daylight Time

**Subject:** FW: Brian
**Date:** Thursday, October 15, 2020 at 3:45:05 PM Mountain Daylight Time
**From:** Ari Afek
**To:** Ronen Koubi, Ryan Clancy, ESQ.
**Attachments:** image001.gif, image004.png, image005.jpg

**From:** Gus Perez
**Sent:** Thursday, January 18, 2018 10:45 AM
**To:** Ari Afek
**Cc:** Ronen Koubi
**Subject:** Brian

Brian stopped by, I want to hire him for Customer Service position Part- Time from 8pm to 2am Tuesday – Friday.
Rate at $12.00 hour.

Does he still need to fill out paperwork?



**Gustavo "Gus" Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell



FBF Am. RFP 0144

Page 1 of 1

| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Ari Afek" <ari@floridabeauty.us> |
| | "Effie Kaplan Afek" <effie@floridabeauty.us> |
| Date: | 9/24/2018 11:41:05 AM |
| Subject: | Carlos |

Do you want to terminate Carlos or do I?
I want Friday to be his last day.



**Gus Perez**
**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**



| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Ari Afek" <ari@floridabeauty.us> |
| | "Effie Kaplan Afek" <effie@floridabeauty.us> |
| Date: | 9/18/2018 6:24:23 AM |
| Subject: | Carlos |

Let him go this Friday.

I was wondering until we get another replacement is there a person in Outbound that would like to work on Sunday's. I will fill in for the rest of the week, for now.
As for Javier he will work certain days with Conitha until replacement.



**Gus Perez**
**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**



| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Ari Afek" <ari@floridabeauty.us> |
| Date: | 3/5/2018 7:34:05 AM |
| Subject: | FW: Job Opportunity |



**Gus Perez**
**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**



**From:** LaQuita Anderson [mailto:businessattire93@yahoo.com]
**Sent:** Saturday, March 03, 2018 1:50 PM
**To:** Gus Perez
**Subject:** Job Opportunity

Hello Gus,

My name is Laquita Anderson and I was wondering if there were any job opening available.  I am looking for a full time job and am available to work overtime when needed.
My uncle (Emanuel Lawson) works at the location and has put in good word about the job.

I currently work at Caterpillar in Miami Lakes and am capable of working on machinery such as the forklift,  order picker and reach truck.
If you have anything opportunities available and would like a resume please reach me at my cell. Thank you.

(239)362-7977.


Sent from Yahoo Mail on Android

Friday, October 16, 2020 at 08:12:21 Mountain Daylight Time

**Subject:** FW: Brian
**Date:** Thursday, October 15, 2020 at 3:45:05 PM Mountain Daylight Time
**From:** Ari Afek
**To:** Ronen Koubi, Ryan Clancy, ESQ.
**Attachments:** image001.gif, image004.png, image005.jpg

**From:** Gus Perez
**Sent:** Thursday, January 18, 2018 10:45 AM
**To:** Ari Afek
**Cc:** Ronen Koubi
**Subject:** Brian

Brian stopped by, I want to hire him for Customer Service position Part- Time from 8pm to 2am Tuesday – Friday.
Rate at $12.00 hour.

Does he still need to fill out paperwork?



**Gustavo "Gus" Perez**
**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**



*FBF Am. RFP 0159*

Page 1 of 1

| 10/27/2019 | 44 | 75,879 | 137,225.41 | $16,360.98 | $ | 0.12 |
| 11/3/2019 | 45 | 77,754 | 137,810.01 | $14,998.59 | $ | 0.11 |
| 11/10/2019 | 46 | 76,195 | 154,865.13 | $16,409.44 | $ | 0.11 |
| 11/17/2019 | 47 | 79,551 | 183,561.26 | $18,397.60 | $ | 0.10 |

Regards,

*Ari Afek, M.S.*
*Director of Human Resources*
*Phone: (305) 503-1200 ext. 202*
*Fax (305) 477-9018*
[Florida Beauty Flora](#)
[Flora Logistics](#)

**From:** Gus Perez <gperez@floridabeauty.us>
**Sent:** Friday, December 6, 2019 11:36 AM
**To:** Ralph Milman <Ralph@floridabeauty.us>; Ronen Koubi <Ronen@floridabeauty.us>; Ari Afek <ari@floridabeauty.us>; Alvaro Espinoza <alvaro@floridabeauty.us>
**Subject:** RE: Warehouse Issue Need to Resolve

Just found out that 2 more warehouse employees are leaving today, that makes 12 persons short from what I am being told.



**Gus Perez**
**gperez@floridabeauty.us**
**3400 NW 74 AVENUE**
**MIAMI, FL 33122**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**



**From:** Gus Perez
**Sent:** Friday, December 6, 2019 10:32 AM
**To:** Ralph Milman; Ronen Koubi; Ari Afek; Alvaro Espinoza
**Subject:** Warehouse Issue Need to Resolve

*FBF Am. RFP 0169*

Page 2 of 3

| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Ari Afek" <ari@floridabeauty.us> |
| | "Effie Kaplan Afek" <effie@floridabeauty.us> |
| Date: | 9/17/2018 10:56:26 AM |
| Subject: | RE: Carlos |

Ok, let me get with Javier.



**Gus Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell



**From:** Ari Afek
**Sent:** Monday, September 17, 2018 11:31
**To:** Gus Perez; Effie Kaplan Afek
**Subject:** Re: Carlos

Understood. Not sure that we want to transfer problems. Let me know when you want his last day to be & I'll let him go.

Regards,

*Ari Afek, M.S.*
*Director of Human Resources*
*Phone: (305) 503-1200 ext. 202*
*Fax (305) 477-9018*
Florida Beauty Flora
Flora Logistics

**From:** Gus Perez
**Sent:** Monday, September 17, 2018 7:37:43 AM
**To:** Ari Afek; Effie Kaplan Afek
**Subject:** Carlos

This person is not working out, started ok but now he has taken a turn for the worse.
1. Shown to be disrespectful to co-workers.
2. Habit of coming in late (today was flat tire)
3. Not able to multi task in Customer Service.
4. Does not want to work weekends, even though it was explained to him when hired.

If you still have a spot open in Safety for him, move him ASAP. If not I will let him go.

| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Ari Afek" <ari@floridabeauty.us> |
| Date: | 7/11/2018 7:27:10 AM |
| Subject: | RE: Resume |

Yes, Monday – Friday to work both customer service and produce. Will likely also use her to rotate Sunday's so Yudmila and Gloria can have that day off. She will then get a weekday off in the rotation.

8am to 5pm



**Gus Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell



**From:** Ari Afek
**Sent:** Tuesday, July 10, 2018 14:46
**To:** Gus Perez
**Cc:** Javier Forero
**Subject:** RE: Resume

Strong candidate. Do we have an anticipated schedule?

**From:** Gus Perez
**Sent:** Tuesday, July 10, 2018 1:35 PM
**To:** Ari Afek
**Subject:** Resume



**Gus Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell



**From:** Scanner
**Sent:** Tuesday, July 10, 2018 13:34
**To:** Gus Perez
**Subject:** Attached Image

| | |
|---|---|
| From: | "Gus Perez" <gperez@floridabeauty.us> |
| To: | "Liliana Vega" <lvega@floridabeauty.us> |
| | "Ari Afek" <ari@floridabeauty.us> |
| Date: | 11/30/2017 5:27:09 AM |
| Subject: | RE: Yudmila Holiday Pay |

Yes she did, left at 4:15pm. If you can clock here in at that time.

Thank you,



**Gustavo "Gus" Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell

**From:** Alex Villegas
**Sent:** Thursday, November 30, 2017 12:00 AM
**To:** Gus Perez; Ari Afek
**Subject:** RE: Yudmila Holiday Pay

Did she work that day? I have her clocked in at 6:45am but no out punch

**From:** Gus Perez
**Sent:** Tuesday, November 28, 2017 11:17 AM
**To:** Alex Villegas; Ari Afek
**Subject:** Yudmila Holiday Pay

Alex just a reminder she completed her 1 year anniversary on 11/22. I spoke with Ari and we agreed she should get holiday pay for this Thursday.

**Gustavo "Gus" Perez**
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell

Monday, November 9, 2020 at 09:42:01 Atlantic Standard Time

**Subject:** Drivers Mistakes
**Date:** Thursday, August 15, 2019 at 6:55:07 AM Atlantic Standard Time
**From:** Gus Perez
**To:** Ari Afek, SafetyDept
**CC:** Ralph Milman, Ronen Koubi, Effie Kaplan Afek
**Attachments:** image001.jpg, image002.jpg, image003.png

Ari in the past month I have seen an increase in drivers making serious mistakes;

- We had 4 accidents at customers sites, from what customers are telling me most of the new guys have a very had time parking.
- A spike in claims, mostly leaving product at other sites, damaged product.
- Customers sites unlocked or doors left open with theft as the one below.
- No counting of freight
- Not following load information or FBF delivery rules.

These are just with the flower runs I imagine that line-haul must also have problems.
Are we doing anything with these drivers aside from fining them? I send to Silvio deductions and copy all of you on these incidents.
I would think that we would sit them down for counseling prior to giving them any other load.



**Gus Perez**
gperez@floridabeauty.us
3400 NW 74 AVENUE
MIAMI, FL 33122
305-503-1200 x 259 office
305-471-6500 fax
305-803-7874 cell



**From:** scott
**Sent:** Wednesday, August 14, 2019 11:14
**To:**
**Cc:** Carlos        Audrey        Jay        Tim
**Subject:** lock box left open

FBF Am. RFP 0226