UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 20-21773-CIV-MORENO**

GUSTAVO PEREZ,

    Plaintiff,

vs.

FLORIDA BEAUTY FLORA, INC., a Florida
for Profit Corporation, RONEN KOUBI, an
individual, and RALPH MILMAN, an
individual,

    Defendants.
_____/

**ORDER OF REFERRAL TO MAGISTRATE JUDGE GOODMAN REGARDING
Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Jonathan Goodman** to submit a Report and Recommendation to this Court on Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law (**D.E. No. 25**, filed on **January 11, 2021**. The Court notes that this Cause is currently scheduled for trial for the two-week period beginning **April 26, 2021**.

All motions for extension or enlargement of time that relate to such motion are included with this referral.  Any applications for extension or modification of pretrial deadlines or the trial date shall be made by the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Jonathan Goodman.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of January 2021.

                                              */s/ Federico A. Moreno*

                                      _____
                                      FEDERICO A. MORENO
                                      UNITED STATES DISTRICT JUDGE

2

Copies furnished to: United States Magistrate Judge Jonathan Goodman, Counsel of Record