UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21773-CIV-MORENO**

GUSTAVO PEREZ,

        Plaintiff,

vs.

FLORIDA BEAUTY FLORA, INC., a Florida
for Profit Corporation, RONEN KOUBI, an
individual, and RALPH MILMAN, an
individual,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion for Summary Judgment (**D.E. 25**), filed on **January 11, 2021**. The Magistrate Judge filed a Report and Recommendation (**D.E. 74**) on **March 24, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that, for the reasons stated in open court at the April 20, 2021 calendar call, United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. The Defendants' objections to the Report and Recommendation are **OVERRULED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion for Summary Judgment is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of April 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: United States Magistrate Judge Jonathan Goodman, Counsel of Record